UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANNY EUGENE MCDOWELL,

      Petitioner,

v.

RAPHAEL WASHINGTON,

      Respondent.

Case No. 25-cv-12449
Hon. Matthew F. Leitman

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED,** a Certificate of Appealability is **DENIED**, and leave to appeal *in forma pauperis* is **GRANTED**.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
        Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 11, 2026
Detroit, Michigan

1